BERNARD D. BOLLINGER (SBN: 132817)
Email: bbollinger@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
Email: anapolitano@buchalter.com
ALEXANDRA KAZHOKIN (SBN: 245051)
Email: akazhokin@buchalter.com
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Proposed Attorneys for Debtors in Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

Attorneys for Debtors in Possession
GTS PROPERTY PORTFOLIOS B-3, LLC and
GULFSTREAM APT. PORTFOLIO, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>KT TERRAZA I, LLC, a Delaware limited liability company.<br><br>           Debtor and Debtor in Possession. | Case No. 2:10-bk-19693-SB<br><br>[Joint administration with Case Nos. 2:09-bk-14774-SB, 2:09-bk-15342-SB, and 2:10-bk-19697-SB pending]<br><br>Chapter 11<br><br>**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Omnibus Declarations of Anthony Napolitano and D. Scott Lee concurrently filed herewith]<br><br>Date: March 23, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom 1575<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that KT Terraza I, LLC, debtor and debtor in possession in the above-captioned bankruptcy case ("Debtor"), hereby moves this Court (the "Motion") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for the joint administration of its chapter 11 bankruptcy case with the following chapter 11 bankruptcy cases: (i) *In re GTS Property Portfolios B-3, LLC*, Case No. 2:09-bk-14774; (ii) *In re Gulfstream Apt. Portfolio, LLC*, Case No. 2:09-bk-15342; and (iii) *In re B3 FLJC, LLC*, Case No. 2:10-bk-19697. This Motion is based upon this Notice of Motion and the Emergency Motion, the accompanying Memorandum of Points and Authorities in support thereof as well as the Omnibus Declarations of Anthony J. Napolitano and D. Scott Lee, and all pleadings and documents on file herein and the arguments of counsel at the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that an emergency hearing on the Motion has been set for March 23, 2010 at 2:00 p.m. before the Honorable Samuel L. Bufford, United States Bankruptcy Judge, in Courtroom 1575 of the Edward R. Roybal Federal Building and Courthouse located at 255 East Temple Street, Los Angeles, California 90012. Any response to the Motion may be presented at the hearing on the Motion pursuant to Local Bankruptcy Rule 9075-1(a)(8).

Dated: March 19, 2010       Respectfully Submitted,

BUCHALTER NEMER, a professional corporation

By: */s/ Anthony J. Napolitano*
ANTHONY J. NAPOLITANO

Proposed Attorneys for Debtors in Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

Attorneys for Debtors in Possession
GTS PROPERTY PORTFOLIOS B3, LLC and
GULFSTREAM APT. PORTFOLIO, LLC

# MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES

KT Terraza I, LLC, debtor in possession in the above-captioned bankruptcy case ("Debtor"), respectfully submits this Emergency Motion for Order Authorizing Joint Administration of Chapter 11 Cases, as follows:

## I. INTRODUCTION

Debtor is an affiliate of GTS Property Portfolios B-3, LLC ("GTS") and Gulfstream Apt. Portfolio, LLC ("Gulfstream"), debtors and debtors in possession in the jointly administered bankruptcy case designated as *In re GTS Property Portfolios B-3, LLC*, Case No. 2:09-bk-14774-SB, that is pending before this Court (the "GTS Case"). Debtor's sole asset is an undivided thirty percent (30%) tenant-in-common interest in nine multi-family apartment complexes located in Texas, Florida and South Carolina (the "Properties"). These are the same Properties that are the subject of the GTS Case. In fact, GTS's sole asset is an undivided fifty percent (50%) tenant-in-common interest in the Properties and Gulfstream's sole asset is an undivided ten percent (10%) tenant-in-common interest in the very same Properties. B3 FLJC, LLC ("FLJC") holds the remaining undivided ten percent (10%) tenant in common interest and commenced its own bankruptcy case concurrently with Debtor's filing.

GTS Property Portfolios, Inc. ("GTSPPI"), the parent entity of Debtor, GTS, Gulfstream and FLJC commenced Debtor's and FLJC's bankruptcy cases in order to facilitate confirmation of a four-party joint plan of reorganization respecting the entire interests in the Properties. To that end, Debtor has filed various "first day" motions to accelerate the administration of this bankruptcy case and to harmonize this bankruptcy case with the jointly-administered GTS Case.[1]

Through this Motion, Debtor seeks to have its bankruptcy case jointly administered with the bankruptcy cases of GTS, Gulfstream and FLJC, and with the GTS Case designated as the lead case. GTS's and Gulfstream's cases have already been jointly administered since March 2009 pursuant to the Court order as of March 17, 2009. Joint administration is appropriate because the sole assets of Debtor, GTS, Gulfstream, and FLJC are their undivided tenant-in-common interests in the Properties. Debtor, GTS, Gulfstream, and FLJC have common creditors,

---

[1] FLJC will be filing a similar set of emergency motions in *In re B3 FLJC, LLC*, Case No. 2:10-bk-19697-SB.

ownership and share common management. Additionally, joint administration will maximize the assets of the each estate by reducing expenses, protecting the interests of creditors, and easing the administrative burden of Debtor, GTS, Gulfstream, FLJC, the Court and all interested parties. Therefore, Debtor respectfully requests that the Court enter an order providing for the joint administration of the four cases with the GTS Case, Case No. 2:09-bk-14774-SB being designated as the lead case.

## II.    JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The rule-based predicate for the relief requested herein is Federal Rule of Bankruptcy Procedure 1015(b).

## III.    BACKGROUND

GTS commenced its bankruptcy case on March 3, 2009 and Gulfstream commenced its bankruptcy case on March 10, 2009. These cases were jointly consolidated as the GTS Case on March 17, 2009. The Court is undoubtedly familiar with the history of the GTS and Gulfstream bankruptcy cases and the progress made therein.

At the commencement of the GTS Case, the Properties were in an utter state of disarray due to nine months of neglect by the former property manager, The Bethany Group, LLC ("Bethany"). GTS terminated the management agreement with Bethany, and GTSPPI acquired Gulfstream and commenced the jointly-administered GTS Case. GTS and Gulfstream then replaced Bethany with LTVentures, LLC ("LTV"), as the financial advisor and portfolio asset manager, and Lincoln Property Company ("Lincoln") and Chartwell Management, LLC ("Chartwell" and together with Lincoln, the "Local Property Managers"), as the local property managers for the Properties, in order to immediately remedy the myriad of issues that had arisen under Bethany's management.

Even though GTS and Gulfstream collectively held only a sixty percent (60%) undivided tenant-in-common interest in the Properties, LTV and the Local Property Managers have been managing the Properties in their entirety. Indeed, the GTS Case has administered and effectively

dealt with the assets and liabilities of the Properties on a one hundred percent (100%) basis. To do otherwise, would have been impossible. Moreover, all of the creditors of Debtor, GTS, Gulfstream and FLJC are identical having arising from the financing and operation of the Properties under Bethany. Debtor and FLJC hold no other assets other than their undivided interests in the same Properties in which GTS and Gulfstream hold undivided tenant-in-common interests.

## IV.  RELIEF REQUESTED

Debtor respectfully requests that the Court enter an order directing the joint administration of the chapter 11 cases of Debtor, GTS, Gulfstream, and FLJC, for procedural purposes only, pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1(b). GTS's and Gulfstream's cases have been jointly administered since the Court order as of March 17, 2009. Local Bankruptcy Rule 1015-1(b) provides:

> If two or more cases are pending before the same judge, <u>an order of joint administration may be entered without notice and opportunity for hearing</u>, upon the filing of a motion for joint administration pursuant to FRBP 1015, supported by a declaration establishing that the joint administration of the cases is warranted, will ease the administrative burden for the court and the parties, and will protect creditors of the different estates against potential conflicts of interest.

LBR 1015-1(b). Additionally, Debtor, GTS, Gulfstream, and FLJC are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b). Thus, joint administration of the cases is appropriate under Bankruptcy Rule 1015(b).

The joint administration of Debtor's, GTS's, Gulfstream's, and FLJC's chapter 11 cases will permit the Clerk of the Court to use a single general docket for the four cases and to combine notices to creditors and other parties-in-interest of the respective estates. Indeed, Debtor anticipates that numerous notices, applications, motions, and other pleadings, hearings, and orders in these cases will affect Debtor, GTS, Gulfstream, and FLJC.

Joint administration will also save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties-in-interest to: (a) use a single caption on the numerous documents that will be served and filed herein; and (b) file the papers in one case rather

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 5594755v3                                   3

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

than in multiple cases. Finally, joint administration will protect parties-in-interest by ensuring that parties in each of the respective cases will be apprised of the various matters before the Court in both cases.

The rights of the respective creditors of Debtor, GTS, Gulfstream, and FLJC will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to effect substantive rights. Each creditor and other party-in-interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or interest.

In furtherance of the foregoing, Debtor requests that the official caption to be used by all parties in all pleadings in the jointly administered cases conform to the caption provided in **Exhibit 1**, attached hereto. Debtor submits that use of this simplified caption will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification. Additionally, Debtor will serve on all parties in interest the Notice of Joint Administration of Related Cases attached hereto as **Exhibit 2**.

**V.    CONCLUSION**

Debtor respectfully requests that the Court enter an order (i) directing joint administration of these cases, (ii) requiring that the official caption to be used by all parties in all pleadings in the jointly administered cases conform to the form of caption provided in **Exhibit 1**, attached hereto and (iii) granting such other and further relief as is just and proper.

Dated: March 19, 2010　　　　　　　Respectfully Submitted,

BUCHALTER NEMER, a professional corporation

By:　*/s/ Anthony J. Napolitano*
　　　ANTHONY J. NAPOLITANO

Proposed Attorneys for Debtors in Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

Attorneys for Debtors in Possession
GTS PROPERTY PORTFOLIOS B3, LLC and
GULFSTREAM APT. PORTFOLIO, LLC

# EXHIBIT 1

Case 2:10-bk-19693-SB    Doc 10    Filed 03/19/10    Entered 03/19/10 15:25:50    Desc
Main Document    Page 7 of 11

BERNARD D. BOLLINGER, JR. (SBN 132817)
  Email: bbollinger@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
  Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 896-0400

**Creditor Information Hotline:  (213) 891-5800**

Attorneys for Debtors and Debtors-in-Possession
GTS PROPERTY PORTFOLIOS B-3, LLC and
GULFSTREAM APT. PORTFOLIO, LLC
Proposed Attorneys for Debtors and Debtors-in-Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GTS PROPERTY PORTFOLIOS B-3, LLC, a Nevada limited liability company,<br><br>Debtors and Debtors-in-Possession. | Case No. 2:09-bk-14774-SB (lead case)<br><br>[Jointly administered with Case No. 2:09-bk-15342-SB; joint administration pending for Case Nos. 2:10-bk-19693-SB and 2:10-bk-19697-SB]<br><br>Chapter 11 |
| ☐    Affects GTS PROPERTY PORTFOLIOS B-3, LLC,<br><br>☐    Affects GULFSTREAM APT. PORTFOLIO, LLC,<br><br>☐    Affects KT TERRAZA I, LLC,<br><br>☐    Affects B3 FLJC, LLC,<br><br>☐    Affects all Debtors. | **[TITLE]**<br><br>**[Affects _____]**<br><br>Date:<br>Time:<br>Place:    Courtroom 1575<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

BN 5594755v3

2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Exhibit 1 Page 000005

# EXHIBIT 2

BERNARD D. BOLLINGER, JR. (SBN 132817)
   Email: bbollinger@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
   Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 896-0400

**Creditor Information Hotline:  (213) 891-5800**

Attorneys for Debtors and Debtors-in-Possession
GTS PROPERTY PORTFOLIOS B-3, LLC and
GULFSTREAM APT. PORTFOLIO, LLC

Proposed Attorneys for Debtors and Debtors-in-Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GTS PROPERTY PORTFOLIOS B-3, LLC, a Nevada limited liability company,<br><br>      Debtors and<br>      Debtors-in-Possession.<br><br>☐   Affects GTS PROPERTY PORTFOLIOS B-3, LLC,<br><br>☐   Affects GULFSTREAM APT. PORTFOLIO, LLC,<br><br>☐   Affects KT TERRAZA I, LLC,<br><br>☐   Affects B3 FLJC, LLC,<br><br>☒   Affects all Debtors. | Case No. 2:09-bk-14774-SB (lead case)<br><br>[Jointly administered with Case Nos. 2:09-bk-15342-SB, 2:10-bk-19693-SB and 2:10-bk-19697-SB]<br><br>Chapter 11<br><br>**NOTICE OF JOINT ADMINISTRATION OF RELATED CASES** |

BN 5594755v3

2

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Exhibit 2 Page 000006

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on March 23, 2010, the United States Bankruptcy Court for the Central District of California, the Honorable Samuel L. Bufford presiding, ordered the joint administration of the following bankruptcy cases: (i) *In re GTS Property Portfolios B-3, LLC*, Case No. 2:09-bk-14774-SB; (ii) *In re Gulfstream Apt. Portfolio, LLC*, Case No. 2:09-bk-15342-SB; (iii) *In re KT Terraza I, LLC*, Case No. 2:10-bk-19693-SB and (iv) *In re B3 FLJC, LLC*, Case No. 2:10-bk-19697-SB. The Court further designated *In re GTS Property Portfolios B-3, LLC*, Case No. 2:09-bk-14774-SB as the lead bankruptcy case.

The above-listed debtors are together referred to as "Debtors." Joint administration of the Debtors' cases includes (1) the use of a single case docket, *In re GTS Property Portfolios B-3, LLC*, Case No. 2:09-bk-14774-SB) for pleadings and orders; and (2) the scheduling of hearings. Debtors will maintain independent claims registers.

Pursuant to the Court's order, the official case caption for Debtors' chapter 11 cases is the caption used in this notice. All papers filed in the jointly administered cases should use the official caption and case numbers as shown on this notice and should indicate that the cases are jointly administered. Debtors' bankruptcy estates have not been substantively consolidated.

Dated: March 24, 2010            BUCHALTER NEMER, a professional corporation

By:  */s/ Anthony J. Napolitano*
     ANTHONY J. NAPOLITANO

Attorneys for Debtors in Possession
GTS PROPERTY PORTFOLIOS B3, LLC and GULFSTREAM APT. PORTFOLIO, LLC

Proposed Attorneys for Debtors in Possession
KT TERRAZA I, LLC and B3 FLJC, LLC

BN 5594755v3                              3

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Exhibit 2 Page 000007